**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GARY PLOTNICK and RENE PLOTNICK,

        Plaintiff,

    -against-                     Case #: 2:16-cv-05791

ALPHA RECOVERY CORPORATION,

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiffs, GARY PLOTNICK and RENE PLOTNICK, ("Plaintiffs"), through their attorney, Hormozdi Law Firm, LLC, inform this Honorable Court that the Parties have reached a settlement in this case. Plaintiffs anticipate dismissing this case, with prejudice, within 30 days.

                              RESPECTFULLY SUBMITTED,

November 10, 2016        By: /s/ Shireen Hormozdi
                                      Shireen Hormozdi
                                      Hormozdi Law Firm, LLC
                                      1770 Indian Trail Lilburn Road, Suite 175
                                      Norcross, GA 30093
                                      Tel: 678-395-7795
                                      Fax: 866-929-2434
                                      shireen@agrusslawfirm.com
                                      shireen@norcrosslawfirm.com
                                      Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      On November 10, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

                                        By: /s/ Shireen Hormozdi
                                              Shireen Hormozdi