**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GARY PLOTNICK and RENE PLOTNICK,

        Plaintiff,

-against-            Case #: 2:16-cv-05791

ALPHA RECOVERY CORPORATION,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, GARY PLOTNICK AND RENE PLOTNICK, ("Plaintiffs"), through their attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this case, with prejudice, against Defendant, ALPHA RECOVERY CORPORTATION.

        RESPECTFULLY SUBMITTED,

December 14, 2016        By: /s/ Shireen Hormozdi
        Shireen Hormozdi
        Hormozdi Law Firm, LLC
        1770 Indian Trail Lilburn Road, Suite 175
        Norcross, GA 30093
        Tel: 678-395-7795
        Fax: 866-929-2434
        shireen@agrusslawfirm.com
        shireen@norcrosslawfirm.com
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

On December 14, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi